## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 AUG 22 AM 9: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br> MORRIS CERULLO,<br><br>                    Defendant. | CASE NO. 05CR1190-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

_X_    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of: **TITLE 26 U.S.C. §7206(1).**

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 9, 2007

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE


ENTERED ON _____